■■■ In the Matter of LAMEDH B., Appellant. ERIE COUNTY ATTORNEY, Respondent. [750 NYS2d 708] —Appeal from an order of Family Court, Erie County (McLeod, J.), entered May 1, 2002, in a proceeding pursuant to Family Ct Act article 3 to adjudicate respondent a juvenile delinquent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously modified on the law by reducing the amount of restitution to $60 and as modified the order is affirmed without costs.

Memorandum: Family Court did not have authority under Family Ct Act § 353.6 (1) (a) to order restitution of the victim's unreimbursed dental expenses (*see Matter of Keith Z.*, 195 AD2d 729). Contrary to petitioner's contention, "Family Court possesses only the power which is explicitly conferred on it by statute" (*Matter of Martin v Martin*, 127 AD2d 266, 269; *see Matter of Borkowski v Borkowski*, 38 AD2d 752, 753). We therefore modify the order by reducing the amount of restitution to $60. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Gorski, JJ.